**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Karl K. MYERS, Petitioner**

**No. 153 MAL 2017**

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**PROFESSIONAL FLOORING**
**COMPANY, INC.**

v.

**BUSHAR CORPORATION**

**Petition of: Rose Line, Inc.**

**No. 165 MAL 2017**

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Linell Charles JAMES, Petitioner**

**No. 117 MAL 2017**

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**